**KAREN STOLZBERG**, OSB #83092
kstolzberg@juno.com
11830 SW Kerr Parkway, #315
Lake Oswego, Oregon 97035
Telephone: (503) 251-0707
Fax: (503 251-0708
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RENAE E. JOHNSON**<br><br>Plaintiff,<br><br>vs.<br><br>**COMMISSIONER,**<br>Social Security Administration,<br>Defendant. | Civil No.: 11-44-TC<br><br>PROPOSED ORDER REGARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

Based upon a review of the file herein, and noting the stipulation of the parties, it is hereby ORDERED that the plaintiff, RENAE F. JOHNSON , on behalf of his attorney, Karen Stolzberg, is hereby entitled to an award of fees under the EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 et. seq., in the amount of $7750.00.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees

ORDER RE: EAJA FEES
PAGE 1

shall be made payable to Karen Stolzberg. In any event, the check shall be mailed to her office at: 11830 SW Kerr Parkway, #315; Lake Oswego, OR 97035.

DATED 9/11/12

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Presented by:
s/ KAREN STOLZBERG
Attorney for Plaintiff

ORDER RE: EAJA FEES
PAGE 2